# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

United States District Cou'
Southern District of Texas
FILED

**MAY 3 0 2000**

MICHAEL N. MILBY  CLERK

| | |
|---|---|
| NANCY "SHAE" SALINAS | § |
| Plaintiff, | § |
| | § |
| **V.** | § |
| | § |
| | § |
| NUECES COUNTY COMMUNITY | § |
| SUPERVISION AND CORRECTIONS | § |
| DEPARTMENT AND | § |
| EDDIE GONZALEZ | § |
| Defendants. | § |

C - 00 - 217

CIVIL ACTION No. _____
JURY DEMAND

## PLAINTIFF'S ORIGINAL COMPLAINT

Nancy "Shae" Salinas,  Plaintiff, complains of Defendants Nueces County Community Supervision and Corrections Department ("CCSD")  and Eddie Gonzalez, individually and in his official capacity as director of the CCSD,   and in support thereof would show:

1. Jurisdiction of this Court  for federal questions is invoked under 28 U.S.C. § 1331 and 1343(a)(3).  Causes of action are established under the First Amendment to the United States Constitution through 42 U.S.C. §1983.

2. Plaintiff has exhausted all employee/departmental grievance procedures.

3. Plaintiff has timely filed this action in this Court.

4. The venue of this action is properly placed in the Southern District of Texas because Defendants's unlawful employment practices were committed in this District.

5. Plaintiff Salinas ("Salinas") is a citizen of the United States and a resident of Texas.

1

ClibPDF - www.fastio.com

6. Defendant Nueces County CSCD is a governmental unit located in Nueces County, Texas, and can be served by serving the Secretary of State at P.O. Box 12079, Austin, Texas. Eddie Gonzalez is an individual and resident of Corpus Christi, Nueces County, Texas, and can be served with process at 1901 Trojan, Corpus Christi, Texas 78416.

7. Plaintiff was employed as a probation officer with the CSCD from May 1, 1990, until she was unlawfully terminated on February 17, 1999.

8. The reason given for her termination was "unwillingness to work in harmony" in the department. The actual reason for her termination was retaliation for her report of a violation of law and other instances of speaking out in the public interest against administration custom and practice.

9. Defendants' termination of Salinas is a result of a custom or policy of discouraging, punishing or disciplining employees who criticize administration practices, oppose or report violations of law, or exercise their rights through the grievance and/or judicial system.. Defendants' conduct in terminating Plaintiff violates the First Amendment of the United States Constitution and 42 U.S.C. §1983.

10. Salinas is suffering and will continue to suffer irreparable injury as a result of the acts of Defendants. She has suffered lost income, future lost income, lost benefits, loss of reputation, and mental anguish, as well as being required to secure the services of an attorney.

WHEREFORE, the Plaintiff prays the Court that:

1. The Plaintiff recover from the Defendants prejudgment interest and the reasonable costs of attorney's fees incurred in the prosecution of this action;

2. The costs of this action be taxed against the Defendants;

2

3. The Plaintiff recover compensatory, pecuniary and punitive damages in an amount to be determined by the jury;

4. The Plaintiff be granted a permanent injunction enjoining Defendants, their agents, successors, employees, and those acting in consort with Defendants, from continuing to violate Plaintiff's civil rights;

5. An order issued reinstating Plaintiff to her position in the CSCD;

6. All issues herein be determined by a jury; and

7. Such other and further relief be granted to which it deems the Plaintiff justly entitled.

Respectfully submitted,

LAW OFFICE OF KATHLEEN L. DAY
P. O. Box 1517
Corpus Christi, Texas 78403
Telephone: 512-888-4342
Telecopier: 512-883-3433

By:_____
Kathleen L. Day
Attorney-In-Charge for Plaintiff
Texas Bar No. 05610300
Southern District I.D. No. 13976

3